UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VALERIANO ARRELLANO HERNANDEZ, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:14-cv-00987-AKK-SGC ) |
| SCOTT HASSELL, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is a petition for a writ of habeas corpus filed by Valeriano Arrellano Hernandez ("Petitioner") pursuant to 28 U.S.C. § 2241, challenging his detention pending removal under the Immigration and Nationality Act. On November 13, 2015, Respondents filed a motion to dismiss the petition as moot. (Doc. 12). In the motion, Respondents note that Petitioner was removed from the United States on October 13, 2015. (*Id.* at 1; *see* Doc. 12-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

**DONE** the 17th day of November, 2015.

                                            **ABDUL K. KALLON**
                                    UNITED STATES DISTRICT JUDGE